THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jarvoris Mungro, Appellant.
 
 
 

Appeal From York County
G. Thomas Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2007-UP-520
Submitted October 1, 2007  Filed November
 9, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Jarvoris
 Mungro pled guilty to three counts of armed robbery and one count criminal
 conspiracy.  Mungro was sentenced to ten years for each armed robbery and five
 years for civil conspiracy, all to run concurrently.  Pursuant to Anders v.
 California, 386 U.S. 738 (1967), appellants counsel attached a petition to
 be relieved.
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams,  305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
Hearn, CJ.,
 Huff, and Kittredge , JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.